DATE:  August 2, 2022


The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Clifton Thomas Jacks
   v. Commonwealth of Virginia
   Record No. 0833-20-3
   Opinion rendered by Judge Huff on
   May 17, 2022

2. Jovan Anthony Ali
   v. Commonwealth of Virginia
   Record No. 0434-21-4
   Opinion rendered by Chief Judge Decker on
   May 31, 2022

3. Adrian Donnel Aley
   v. Commonwealth of Virginia
   Record No. 0693-21-4
   Opinion rendered by Judge AtLee on
   June 14, 2022

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Caine Calif Davis
   v. Commonwealth of Virginia
   Record No. 1134-20-4
   Opinion rendered by Judge Humphreys
     on September 28, 2021
   Refused (211017)

2. James A. Fields, s/k/a James Alex Fields
   v. Commonwealth of Virginia
   Record No. 1964-19-2
   Opinion rendered by Judge Humphreys
     on November 16, 2021
   Refused (211175)

3. James Eberhardt
   v. Commonwealth of Virginia
   Record No. 0028-21-2
   Opinion rendered by Chief Judge Decker
     on December 14, 2021
   Refused (220029)